# EXHIBIT F

1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2        IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

 3                              * * *

 4    GRAYSTONE FUNDING COMPANY,    )
      LLC, a Utah limited           )
 5    liability company d/b/a       ) Case No.
      Graystone Mortgage, LLC,      ) 2:19-cv-00383-JNP-CMR
 6              Plaintiff,          )
                                    ) Video Deposition of:
 7         v.                       )
                                    ) JASON ALLEN
 8    NETWORK FUNDING, L.P., a      ) (Via Zoom)
      Texas Limited Partnership;    )
 9    JASON GAUTREAU, an            )
      individual; and CRISTIE       )
10    NORTH, an individual,         )
                Defendants.         )
11
                                * * *
12

13                        October 21, 2020
                              9:01 a.m.
14

15                              * * *

16                  10610 South Jordan Gateway
                              Suite 200
17                      South Jordan, Utah

18

19                              * * *

20                        Danielle Little
                  Registered Professional Reporter
21

22

23

24

25
```

1    anything -- do you remember anything in particular

2    that Jason Gautreau might have said about Kipp Myers

3    during that time period?

4         A.    Nothing --

5         Q.    Okay.

6         A.    -- I can recall.

7         Q.    Okay.

8               I'm going to put another document out into

9    the chat room.  This is number 2 and it's

10   NFLP0001025, Exhibit -- Counsel, I'm marking this one

11   as Exhibit 345.  Exhibit 345.

12              (Deposition Exhibit No. 345 was marked for

13   identification.)

14   BY MR. STULTZ:

15        Q.    So this should be an email from you on

16   March 4th, 2020 to Cristie North, subject, "Graystone

17   Mortgage merges with Network Funding, LP."  Did you

18   write this email?

19        A.    That's my email address, so yes.

20        Q.    Okay.  Well, it says, "To whom it may

21   concern, neither me nor any member of my branch was

22   aware of the merger of Graystone Mortgage and Network

23   Funding, LP until Kipp Myers announced it to us.  We

24   did not have any prior knowledge of the resignation

25   of Cristie North nor Jason Gautreau."  And then it

41

1   says, "Our first knowledge of any organizational

2   changes were delivered by Kipp Myers."  Do you recall

3   writing that?

4        A.    Vaguely, yes.

5        Q.    Okay.  Did anyone ask you to write it?

6              MR. BRADSHAW:  I'm going to object to the

7   extent that it calls for any privileged

8   communications with defendants' counsel.  If you can

9   answer without disclosing any privileged

10  communications, go ahead.

11             THE WITNESS:  I feel like the attorney

12  asked me if I had any knowledge prior to and if I

13  could send them an email, so I think I did.

14  BY MR. STULTZ:

15       Q.    Okay.  But you sent -- you didn't send the

16  email to an attorney, you sent it to Cristie North,

17  is that right?

18       A.    Yeah.

19       Q.    Okay.  So did Cristie talk to you and ask

20  you to write this?

21       A.    I think I intended to send it to a group,

22  Jason and Cristie and the attorney, and I just

23  apparently didn't put everybody else's email in

24  there.

25       Q.    Okay.  Fair enough.  Did you -- did -- do

1    you remember having a conversation with Cristie North

2    before you wrote this email about what kind of thing

3    you should write here?

4          A.    No.

5          Q.    Okay.  Do you remember having a

6    conversation --

7          A.    I don't remember.

8          Q.    Excuse me.  Did you say, "I don't

9    remember"?

10         A.    I don't remember.

11         Q.    Okay.  So it's possible you had a

12   conversation with Cristie North about the content of

13   what this email would be?

14         A.    I don't remember.

15         Q.    So if you don't remember, it's possible

16   that you had the conversation?

17         A.    Well, I guess, but I don't -- I mean, I

18   don't remember if I did or didn't.

19         Q.    Okay.  Did you have a conversation with

20   Jason Gautreau before you wrote this email about what

21   the content of the email would be?

22         A.    No, I don't remember.

23         Q.    Okay.  You don't remember whether you had

24   a conversation or not, is that right?

25         A.    Yes.

1    Q.   Okay.  Okay, so in your email you say,
2    "Neither me nor any member of my branch was aware of
3    the merger of Graystone Mortgage and Network Funding
4    until Kipp Myers announced it."  When did
5    Kipp Myers -- do you remember when Kipp Myers
6    announced a merger of Graystone Mortgage and Network
7    Funding?
8         A.   I think it was April 2019.
9         Q.   Okay.  The announcement you're talking
10   about, was it this announcement that occurred at the
11   Cottonwood branch office in the basement conference
12   room or something?
13        A.   Yes.  I think Kipp called me a day or two
14   before the meeting and told me over the phone and
15   then told me there would be a couple of days later a
16   mandatory meeting where he would announce it to the
17   company that he decided to merge with Network
18   Funding.
19        Q.   Okay.  So before the companywide meeting
20   you remember having a phone call with Kipp Myers a
21   day or two before, is that right?
22        A.   Yes.
23        Q.   Okay.  So were you aware that -- were you
24   aware on Monday, April the 8th, that Cristie North
25   and Jason Gautreau had resigned from Graystone?

```
 1        A.    I had --
 2              MR. BRADSHAW:  Objection.  Lacks
 3   foundation --
 4              THE WITNESS:  -- no knowledge.
 5              MR. BRADSHAW:  -- calls for speculation.
 6   BY MR. STULTZ:
 7        Q.    You had no knowledge, is that what you
 8   said?
 9        A.    That's correct, I had no knowledge.
10        Q.    Okay.  They didn't -- either Cristie North
11   or Jason Gautreau, they didn't call you or email you
12   at all on Monday, April 8th?
13        A.    No.
14        Q.    Okay.  So when do you recall first --
15   after Monday, April the 8th, when do you recall first
16   talking to Cristie North?
17        A.    It probably would have been Monday.
18        Q.    So the same day?
19        A.    After Kipp -- it was later that afternoon
20   after Kipp called me in the morning --
21        Q.    Okay.
22        A.    -- and told me and I asked him questions
23   and then it was probably later in the day.
24        Q.    Okay.  So you're saying that based on your
25   memory now, you recall that Kipp called you in the
```

1   morning of Monday, April 8th, is that right?

2          A.    Monday, April 8th, that sounds accurate.

3          Q.    Okay.  So what do you remember Kipp

4   calling and saying to you on that morning?

5          A.    That he had made a decision that Graystone

6   was going to merge with Network Funding and that it

7   was a good thing and that we would begin -- he would

8   have an announcement on -- two days later, which was,

9   I think, Wednesday, and that he would announce it to

10  everybody and we would begin transitioning as soon as

11  possible.

12         Q.    Okay.  Did you ask him any questions when

13  he told you this?

14         A.    I asked him who it was -- well, yeah, I

15  mean, I just asked him where the company was from, a

16  little bit about them and -- because I had a pipeline

17  of files and I wanted to know what that meant and

18  what we were going to do and how we were going to

19  transition those over and how he wanted that handled.

20         Q.    Right.  Did he tell you what -- do you

21  remember him telling you on that -- in that phone

22  call what was going to happen to the pipeline of

23  files at Graystone that you had?

24         A.    That the deals that were in approval

25  status would get closed at Graystone because it

```
 1   would -- he thought it would probably take --
 2   mortgages a long -- takes a long time to get a file
 3   closed.  So the ones that were in approved status we
 4   would close at Graystone and then any that were just
 5   prospects would transition over to Network Funding.
 6        Q.   Okay.
 7        A.   Prospects or not -- you know, if it was
 8   possible, we were going to transition those to
 9   Network Funding rather than try to keep them at
10   Graystone.
11        Q.   Okay.  Is it possible that he -- do you
12   think he told you all this on Monday, April the 8th,
13   or is it possible it could have been a little later?
14        A.   It's possible it's an on- -- it was an
15   ongoing conversation.  It's natural to -- loan
16   officers are going to want to know because you have
17   very little time to get a deal done on time, but --
18        Q.   Okay.
19        A.   -- I'm sure it was an ongoing
20   conversation.
21        Q.   Okay.  I wanted to -- since I'm not in the
22   mortgage industry, I'm not familiar with this term so
23   I'm wondering if you can tell me when you said a
24   loan had -- I think you were just talking about loans
25   that are in the pipeline that have been -- that have
```

1   gotten approved status, is that right?  There's a
2   term called approved status, is that right?
3       A.   Yes.
4       Q.   Okay.  So tell me as a layman, like, what
5   that means, approved status.
6       A.   If it had been reviewed by an underwriter.
7       Q.   Okay.  Is that an in-house underwriter or,
8   like, an underwriter from, like, a bank or an
9   investor for the loan?
10      A.   Graystone has both.  We'd do both.
11      Q.   Okay.  So does this mean -- correct me if
12  I'm wrong.  Does this mean that, like, a borrower has
13  filled out an application and has given financial
14  information and the underwriter has looked it over
15  and approved that borrower for a certain loan amount?
16  Is that what this means, approval status?
17      A.   Conditionally approved it, yes.
18      Q.   Okay.  So it's not just approval, it's --
19  so what was going to happen to loans that were
20  conditionally approved?  Were those supposed to close
21  at Graystone as well?
22      A.   It would be both because some of them you
23  could -- if the conditional approval was simple, you
24  would close it at Graystone.  If the conditional
25  approval meant that there were things that you had to

Case 2:19-cv-00383-JNP  Document 120-6  Filed 06/28/21  PageID.6123  Page 11 of 17
GRAYSTONE FUNDING COMPANY, LLC vs NETWORK FUNDING, L.P.
October 21, 2020                                                    Jason Allen

48

1  get that took time, it wouldn't make sense to keep it
2  at Graystone for the purpose of trying to get
3  transitioned as quickly as possible.
4       Q.   Okay.  Okay.  Back to your letter, it
5  says, "We did not have" -- well, you also put,
6  "Neither me nor any member of my branch was aware of
7  the merger of Graystone Mortgage and Network until
8  Kipp announced it to us."  How do you know that no
9  member of your branch was aware of it?  Did you ask
10 them?
11      A.   Kipp told me that I was the first one in
12 my branch that he on that Monday was announcing it to
13 because I was the branch manager and that he would
14 tell the rest of the employees on Wednesday.  So I
15 respected that.
16      Q.   Okay.  And then the next paragraph says,
17 "We did not have any prior knowledge of the
18 resignation of Cristie North nor Jason Gautreau."  So
19 your understanding is that -- well, let me ask this
20 question, did you know that on Wednesday, April the
21 3rd, that Jason Gautreau resigned as Graystone's
22 executive vice president of production?
23      A.   No.
24           MR. BRADSHAW:  Objection.  Lacks
25 foundation.  Calls for speculation.

```
 1   BY MR. STULTZ:
 2        Q.    Okay.  So he was -- the reason he was your
 3   boss was because he was the executive vice president
 4   of production, right?
 5        A.    Yes.
 6        Q.    Okay.  So after -- so after he resigned on
 7   April the 3rd he never called you to tell you that he
 8   had resigned?
 9        A.    No.
10        Q.    And he didn't email you either?
11        A.    No.
12        Q.    Okay.  Did anyone else tell you?
13              MR. BRADSHAW:  Objection.  Vague as to
14   time.
15   BY MR. STULTZ:
16        Q.    Did anyone else tell you after -- on
17   April 3rd or shortly thereafter that Jason Gautreau
18   had resigned as the executive vice president of
19   production at Graystone?
20        A.    No.
21        Q.    Okay.  So on your sentence when you're
22   saying, "We did not have any prior knowledge of the
23   resignation of Cristie North nor Jason Gautreau,"
24   when you say "we," are you saying neither you nor
25   anybody at Graystone's Sugarhouse branch?  Is that
```

1    what "we" means?
2         A.    Yes.
3         Q.    Okay.  How do you know that Cristie North
4    or Jason Gautreau didn't call someone at the
5    Sugarhouse branch beside yourself?
6         A.    I don't.
7         Q.    Okay.  So you don't really know if anyone
8    else at your branch had prior knowledge of the
9    resignation of Cristie North nor Jason Gautreau, do
10   you?
11        A.    I do not know.
12        Q.    Okay.  I mean, what did you think that
13   week -- let's say the week of April 8th until, like,
14   April -- what is that 8, 9, 10, 11, 12 -- the
15   workweek April 8th to April 12th, what did you think
16   about this merger between Graystone and Network
17   Funding that was announced?  What was your general --
18              MR. BRADSHAW:  Objection.  Vague.
19   BY MR. STULTZ:
20        Q.    -- thinking of what -- about it?
21              MR. BRADSHAW:  Objection.  Compound.
22   Vague.
23              THE WITNESS:  It was evolving because I
24   took a while to learn.  I hadn't really formed an
25   opinion other than what Kipp had told me that Monday

1   and then what I had asked about Network Funding that
2   Wednesday --
3   BY MR. STULTZ:
4            Q.    Okay.
5            A.    -- when I had met the gentleman that Kipp
6   had introduced to us as a group from Network Funding
7   and then questions I'd asked Jason and Cristie's
8   opinion of Network Funding.
9            Q.    Do you remember the person's name that you
10  got introduced to at Network Funding?  Was it
11  Brett Snortland?  Was that the gentleman's name?
12           A.    It was Richard Jefferson.
13           Q.    Richard Jefferson, thanks.
14                 Okay.  I'm going to put -- so I put out in
15  the chat room, this was a prior exhibit in a prior
16  deposition.  It's been marked as Exhibit 132,
17  Graystone3968.  You're not on this email, Mr. Allen.
18  It was an email from Cristie North to Jason Gautreau,
19  CC Brett Snortland on Wednesday, April the 10th.  And
20  the subject is, "Holly and Jason."  It says, "Kipp
21  will be talking to them sometime this morning.  You
22  may want to be on top of that so you can do a quick
23  call with Holly and Jason and schedule a visit with
24  both of them early Thursday before you leave.  I am
25  sure they will reach out to me but you will need to

1  go over the P&L with them.  I think the incentive is
2  going to be key."
3          So do you remember having any sort of talk
4  with Kipp Myers that morning of Wednesday,
5  April 10th?
6      A.   I don't.  That was Wednesday?
7      Q.   Yeah, the email is dated Wednesday,
8  April 10th, and the email says, "Kipp will be talking
9  to them sometime this morning."  So I was just
10 wondering if you remember talking to Kipp sometime
11 the morning of Wednesday, April the 10th.
12     A.   I don't --
13     Q.   Okay.
14     A.   -- remember.
15     Q.   That's fine.  Do you remember having a
16 visit with Brett Snortland on either Wednesday,
17 April the 10th, or Thursday, April 11th?
18     A.   No.
19     Q.   Okay.  So the only NF -- the only Network
20 Funding person you remember meeting on the week of
21 April 8th through April 12th was Richard Jefferson,
22 is that right?
23     A.   Yes.
24     Q.   Okay.
25     A.   I can't remember if I met anybody else

53

1   from Network Funding that week.  But I remember

2   Richard did speak at the -- Kipp's announcement.

3           Q.   Okay.  But you don't remember specifically

4   meeting with Brett Snortland or having a call with

5   Brett Snortland that week?

6           A.   No.

7           Q.   Okay.  Okay, I'm putting out another -- a

8   new document.  It's number 3, Graystone0004126

9   through 4127.  Counsel, I'm marking it as

10  Exhibit 346.  Exhibit 346.

11          (Deposition Exhibit No. 346 was marked for

12  identification.)

13  BY MR. STULTZ:

14          Q.   So, Mr. Allen, do you have this up?

15          A.   I do.

16          Q.   Okay.  This was, it looks like, an email

17  from you to Cristie North, Friday, April 12th, 2019

18  at 4:07 p.m., subject, "Questions."  And then if you

19  go back to the prior -- next page -- back in time to

20  the next page, it looks like it's an email from

21  Cristie, Friday, April the 12th at 8:03 a.m. to you

22  and Holly Stirling, subject, "Questions."  And she

23  says "I'm putting together an FAQ.  Every question I

24  can think of that staff will have.  Can you forward

25  me questions you've had so I can include?"  Do you

54

1  see that?

2       A.   Yes.

3       Q.   Okay.  And then if you go back to your

4  email, are these questions that you're asking about

5  Network Funding?  Is that what this list is?

6       A.   Yes.

7       Q.   Okay.  And the capital F, capital A,

8  capital Q, is that frequently asked questions?

9       A.   Yes.

10      Q.   Okay.  So, like, the first one -- the

11 first bullet, you wrote -- well, first of all, do you

12 remember writing this email?

13      A.   Vaguely, yes.

14      Q.   Okay.  The first question says, "Health

15 insurance premium increase."  So at this point did

16 you know on Friday, April 12th, whether changing from

17 Graystone to Network meant that health insurance

18 premiums were going to increase?

19           MR. BRADSHAW:  Objection.  Lacks

20 foundation.  Calls for speculation.

21           THE WITNESS:  That was a question that

22 somebody had asked me when I asked my branch.  I

23 didn't use Graystone's insurance so I didn't really

24 know anything about their insurance premium or -- and

25 I don't use Network Funding's insurance so I don't